N THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

SHIRLEY WOLD f/k/a Shirley Peterson, )
                                     )
            Plaintiff,               )          Case No. 07-cv-04113-KES
                                     )
vs.                                  )
                                     )          **STIPULATION AND ORDER**
                                     )          **OF DISMISSAL**
LANOGA CORPORATION d/b/a             )
UNITED BUILDING CENTERS,             )
                                     )
            Defendant.               )
                                     )

The parties to the above-captioned cause, by and through their respective counsel of record, Plaintiff, Shirley Wold f/k/a Shirley Peterson, by Lynn Jackson Shultz & Lebrun, P.C., and Defendant, Lanoga Corporation d/b/a United Building Centers, by Wessels & Pautsch, P.C. and Murphy Goldammer & Prendergast, LLP, hereby jointly move for and stipulate to the dismissal of the above-captioned cause in its entirety, with prejudice and without costs to either party, all costs (including attorneys' fees, costs and disbursements) and all other matters and controversies between the parties for which such actions were brought having been fully settled, compromised and adjourned pursuant to a private and confidential settlement.

SHIRLEY WOLD
f/k/a SHIRLEY PETERSON

_____
Richard D. Casey
Lynn Jackson Shultz & Lebrun, P.C.
PO Box 1920
Sioux Falls, SD 57101
Telephone: (605) 332-5999

**Attorney for Plaintiff**

Date: ___4/11_____, 2008

LANOGA CORPORATION d/b/a
UNITED BUILDINGS CENTERS

_____
James B. Sherman
Wessels & Pautsch, P.C.
1550 Utica Avenue South, Suite 450
Minneapolis, MN 55416
Telephone: (952) 746-1700

**Attorney for Defendant**

Date: ___04/08/08_____, 2008

Local Counsel:

James E. McMahon, Esq.
Murphy Goldammer & Prendergast, LLP
101 North Phillips Avenue #402
Sioux Falls, SD 57101-1535

**Attorney for Defendant**